## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MESSANO, | Case No.: 3:16-cv-05697-HSG |
| Plaintiff, | **ORDER EXTENDING DEFENDANT EQUIFAX, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | Current Response date: November 3, 2016<br>New Response Date: January 3, 2017 |
| Defendants. | |

Plaintiff Lisa Messano and Defendant Equifax, Inc. have filed a stipulation requesting the Court extend Defendant Equifax, Inc.'s time to respond to the initial Complaint through and including January 3, 2017. PURSUANT TO STIPULATION, IT IS SO ORDERED.

*Haywood S. Gilliam Jr.*

Judge, United States District Court
for the Northern District of California

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500