THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MESSANO, | Case No.: 3:16-cv-05697-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANT EQUIFAX INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | **Date: January 3, 2017**<br>**Time: 2:00 p.m.**<br>**Courtroom 10, 19th Floor** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could Upon consideration of Defendant, EQUIFAX INC.'S ("Equifax's") Motion for Leave to Appear Telephonically at the Case Management Conference ("Motion"), and for good cause shown, it is hereby,

1  ORDERED that Equifax's Motion is GRANTED.  Counsel shall contact CourtCall
2  at (866) 582-6878 to make arrangements for the telephonic appearance.
3
4  *Haywood S. Gill Jr.*
5  Judge, United States District Court
   Northern District of California
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

### Lisa Messano v. Experian Information Solutions, Inc., et al.
### Case No. 3:16-cv-05697-HSG

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On December 29, 2016, I served a true copy of

**[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

[ ]  By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ]  By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    /s/ Thomas P. Quinn, Jr.
    THOMAS P. QUINN, JR.

Place of Mailing:  Laguna Beach, California

Executed on December 29, 2016, at Laguna Beach, California.

# SERVICE LIST

Elliot W. Gale
Scott Joseph Sagaria
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: (408) 279-2288
Fax: (408) 279-2299
Email: egale@sagarialaw.com
Email: sjsagaria@sagarialaw.com
**Attorneys for Plaintiff**

Heather Nicole Fugitt
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939
Fax: (650) 739-3900
Email: hfugitt@jonesday.com
Kapri Lano Saunders
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
415-875-5859
Email: ksaunders@jonesday.com
**Attorneys for Defendant Experian Information Solutions, Inc.**

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500