THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA MESSANO, | ) Case No.: 4:16-cv-05697-HSG |
| | ) |
| | ) |
| Plaintiff, | ) **ORDER DENYING DEFENDANT** |
| | ) **EQUIFAX INC.'S** |
| vs. | ) **MOTION TO APPEAR** |
| | ) **TELEPHONICALLY AT** |
| EXPERIAN INFORMATION | ) **HEARING ON MOTION TO** |
| SOLUTIONS, INC., et al., | ) **DISMISS** |
| | ) |
| Defendants. | ) **Date: April 20 2017** |
| | ) **Time: 2:00 p.m.** |
| | ) **Courtroom 2, 4th Floor** |
| | ) |

Upon consideration of Defendant, EQUIFAX INC.'S ("Equifax's") Motion

for Leave to Appear Telephonically at the Hearing on the motion to dismiss filed

by Equifax ("Motion"), and for good cause shown, it is hereby,

ORDERED that Equifax's Motion is **DENIED**.

Judge, United States District Court
Northern District of California